1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                          **WESTERN DIVISION**

11

12    LAMAR EDWARD JORDAN,              )    No.  CV 07-3461-ABC (PLA)
                                        )
13                      Petitioner,     )    **ORDER ADOPTING MAGISTRATE**
                                        )    **JUDGE'S FINAL REPORT AND**
14          v.                          )    **RECOMMENDATION**
                                        )
15    A. HEDGPETH, Warden,              )
                                        )
16                      Respondent.     )
     _____)

17

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the

19   magistrate judge's final report and recommendation, and petitioner's objections. The Court agrees

20   with the recommendations of the magistrate judge.

21          ACCORDINGLY, IT IS ORDERED:

22          1.      The final report and recommendation is adopted.

23          2.      Judgment shall be entered consistent with this order.

24          3.      The clerk shall serve this order and the judgment on all counsel or parties of record.

25                                                    _Audrey B. Collins_

26   DATED: May 31, 2011
                                             _____
27                                                  HONORABLE AUDREY B. COLLINS
                                                  CHIEF UNITED STATES DISTRICT JUDGE

28