UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| LAMAR EDWARD JORDAN, | ) | No. CV 07-3461-ABC (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| A. HEDGPETH, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: May 31, 2011

HONORABLE AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE